**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>TONIA E ROSS,<br>DEBTOR<br>_____/ | CHAPTER 13<br>CASE NO. 15-46191-PJS<br>JUDGE PHILLIP J SHEFFERLY |

### ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter having come before the Court upon Trustee's Motion to Dismiss, the parties having stipulated to resolve the motion, and the Court being fully advised of the premises:

-The Motion to Dismiss is resolved as the Debtor has provided funds to complete the case and fulfill all obligations.

**Signed on September 16, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**